MARY AGNES O'DONOHUE et al., Respondents, *v.* JOHN F. CRONIN et al., Appellants.

*O'Donohue* v. *Cronin*, 85 App. Div. 620, affirmed.
(Argued June 9, 1904; decided August 5, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 18, 1903, affirming a judgment in favor of plaintiffs entered upon a verdict and an order denying a motion for a new trial.

*Eugene F. Daly* and *Daniel Daly* for appellants.

*Francis Dwight Dowley* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ. Absent: HAIGHT, J.

---

THE ELMIRA, CORTLAND AND NORTHERN RAILROAD COMPANY, Respondent, *v.* SEYMOUR LOWMAN, as Administrator of the Estate of CHARLES G. JUDD, Deceased, Appellant, Impleaded with Others.

*Elmira, C. & N. R. R. Co.* v. *Lowman*, 76 App. Div. 622, affirmed.
(Argued June 9, 1904; decided August 5, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered December 2, 1902, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*E. J. Baldwin* for appellant.

*Frederick Collin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ. Absent: HAIGHT, J.